No. 841, Misc.  JACOBS v. WARDEN, MARYLAND PENITENTIARY.  Circuit Court for Baltimore County, Maryland.  Certiorari denied.

No. 845, Misc.  HUTCHINSON v. NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.  Petitioner *pro se.  Thomas Wade Bruton*, Attorney General of North Carolina, and *Ralph Moody*, Deputy Attorney General, for respondent.

No. 907, Misc.  PAIGE v. NORTH CAROLINA.  Supreme Court of North Carolina.  Certiorari denied.  Petitioner *pro se.  Thomas Wade Bruton*, Attorney General of North Carolina, and *Ralph Moody*, Deputy Attorney General, for respondent.

No. 932, Misc.  WALKER v. PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se.  William G. Clark*, Attorney General of Illinois, and *Edward A. Berman*, Assistant Attorney General, for respondent.

No. 943, Misc.  BABER v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 1054, Misc.  KEITT v. NEW YORK.  Appellate Division, Supreme Court of New York, First Judicial Department.  Certiorari denied.  *Nanette Dembitz* for petitioner.  *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 1066, Misc.  BROWN v. NEW YORK.  Court of Appeals of New York.  Certiorari denied.